FILED
CLERK, U.S. DISTRICT COURT

03/22/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___tj___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| NATIONAL LABOR RELATIONS BOARD, | Case No. 2:20-mc-00093-JAK-PDx |
|---|---|
| Applicant, | **ORDER APPROVING WITHDRAWAL OF APPLICATION FOR ORDER REQUIRING COMPLIANCE WITH ADMINISTRATIVE SUBPOENA DUCES TECUM B-1-18P4HMJ** |
| v. | |
| UNIVERSAL TRUCKLOAD, INC., | |
| Respondent. | |

On September 4, 2020, the National Labor Relations Board ("NLRB") filed an Application for Order Requiring Compliance with Administrative Subpoena Duces Tecum B-1-18P4HMJ against Respondent Universal Truckload, Inc. [Dkt. No. 1.]

Since the filing of the Application, the parties have met and conferred from September 2020 to March 2021 regarding the production of responsive documents. [*See* Dkt. Nos. 13, 20, 22, 24.]

On March 17, 2021, the NLRB filed a motion to withdraw application for order requiring compliance with Administrative Subpoena Duces Tecum B-1-18P4HMJ. [Dkt. No. 25.]

The Court grants the NLRB's motion to withdraw the Application and the case is now closed.

**IT IS SO ORDERED**.

DATED: March 22, 2021.

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

Presented by:

_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE